**CAPITAL SERVICE, Inc., a Corporation, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 12302.

United States Court of Appeals
Ninth Circuit.

March 16, 1950.

Hyman Smith and Barnet M. Cooperman, Los Angeles, Cal., for petitioner.

Theron Lamar Caudle, Asst. Atty. Gen., Ellis N. Slack, Robert N. Anderson, S. Dee Hanson and I. Henry Kutz, Sp. Assts. to Atty. Gen., for respondent.

Before STEPHENS, ORR and POPE, Circuit Judges.

PER CURIAM.

We are here reviewing a decision of the Tax Court which sustains a determination of the Commissioner of Internal Revenue which finds a deficiency in the federal tax return of Capital Service, Inc., a corporation, Petitioner, for the tax year 1943.

We are of the opinion that the legal questions raised by Petitioner are not substantial and that the evidence in the case affords ample support for the findings of fact, conclusions of law, and the decision of the Tax Court. The opinion of the Tax Court, which has not been officially reported, meets with our approval.

Affirmed.

**Aldine T. CAROLL, Appellant, v. Col. E. T. SWENSON, Warden, Maryland Penitentiary, Appellee.**

No. 6040.

United States Court of Appeals
Fourth Circuit.

Argued March 6, 1950.

Decided March 10, 1950.

Aldine T. Caroll, pro se, on brief.

Kenneth C. Proctor, Assistant Attorney General of Maryland (Hall Hammond, Attorney General of Maryland, on brief), for appellee.

Before PARKER, Chief Judge, and SOPER and DOBIE, Circuit Judges.

PER CURIAM.

This appeal is dismissed on the authority of Washington v. Smyth, 4 Cir., 167 F. 2d 658, Edmonson v. Swenson, 4 Cir., 165 F.2d 432, and Bernard v. Brady, 4 Cir., 164 F.2d 881.

Appeal dismissed.

**CEDARTOWN YARN MILLS, Inc., Petitioner, v. NATIONAL LABOR RELATIONS BOARD, Respondent.**

No. 12898.

United States Court of Appeals
Fifth Circuit.

March 20, 1950.

Rehearing Denied April 18, 1950.

James A. Branch, Atlanta, Ga., Allen E. Lockerman, Atlanta, Ga., for petitioner.

Paul S. Kuelthay, Chief Legal Assistant to Chairman of Board, National Labor Relations Board, Washington, D. C., David P. Findling, Associate General Counsel, A. Norman Somers, Assistant General Counsel, National Labor Rel. Bd., Washington, D. C., for respondent.

Before HOLMES, McCORD, and BORAH, Circuit Judges.

PER CURIAM.

The petition to review the order of the Board is denied.